Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

JAMES K. TAM                1485-0
Email: jkt@ahfi.com
W. ANTHONY AGUINALDO        5523-0
Email: waa@ahfi.com
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591

Attorneys for Plaintiffs
TRUSTEES OF THE HAWAII
ELECTRICIANS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| TRUSTEES OF THE HAWAII ELECTRICIANS TRUST FUNDS (Annuity Fund, Health & Welfare Fund, Pension Fund, Training Fund, Vacation & Holiday Fund, Prepaid Legal Fund, Hawaii Electricians Market Enhancement Program Fund & Supplementary Unemployment Benefit Fund), by and through their Fund Manager, Gerald Yamamoto,<br><br>Plaintiffs,<br><br>vs.<br><br>WIREMASTERS INCORPORATED, a Hawaii corporation,<br><br>Defendant,<br><br>and<br><br>SITE ENGINEERING, INC.,<br><br>Garnishee. | CIVIL NO. CV02-00002 SPK BMK<br><br>**RELEASE OF GARNISHEE; CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br><br><br>(No trial date set) |

610086-1/6250-44

## RELEASE OF GARNISHEE

Plaintiffs and Judgment Creditor HAWAII ELECTRICIANS TRUST FUNDS ("Plaintiffs"), by and through their attorneys, ALSTON HUNT FLOYD & ING, Attorneys at Law, A Law Corporation, hereby release and discharge Garnishee SITE ENGINEERING, INC., from any and all liability to Plaintiffs arising from the Order Issuing Garnishee Summons after Judgment, filed April 23, 2002, based upon the receipt by Plaintiffs from SITE ENGINEERING, INC. of a check in the amount of $17,661.06.

The Parties agree, however, that pursuant to the Magistrate Judge's Findings of Fact and Recommendation to Enter Default Judgment against Defendant Filed March 28, 2002, that the Default Judgment granted in favor of Plaintiffs and against Defendant in the total amount of $75,294.70 has not yet been completely satisfied. The balance of approximately $87,553.26 of the Judgment in a Civil Case filed herein on April 17, 2002 ($75,294.70 together with the current amount of $29,919.62 of legal interest rate at 10%, minus the $17,661.06 of funds recently received by SITE ENGINEERING, INC.) remains unpaid.

DATED: Honolulu, Hawai'i, April 18, 2006.

```
                        /s/ W. ANTHONY AGUINALDO
                        JAMES K. TAM
                        W. ANTHONY AGUINALDO
                        Attorneys for Plaintiffs
                        TRUSTEES OF THE HAWAII
                        ELECTRICIANS TRUST FUNDS
```