CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2006, and by the methods of service noted below, a true and correct copy of the foregoing was served by First Class Mail on the following at their last known addresses:

    WIREMASTERS, INCORPORATED
    c/o LADD TSUDA
    98-1430D Koaheahe Street, Suite 111
    Pearl City, Hawai'i 96782
    Defendant

        and

    DANIEL T. KIM, ESQ.
    Wong Feldman & Kim
    American Savings Bank Tower
    1001 Bishop Street, Suite 1028
    Honolulu, Hawai`i 96813
    Attorney for Garnishee
    SITE ENGINEERING, INC.

DATED: Honolulu, Hawai'i, April 18, 2006.

                      /s/ W. ANTHONY AGUINALDO
                      JAMES K. TAM
                      W. ANTHONY AGUINALDO
                      Attorneys for Plaintiffs
                      TRUSTEES OF THE HAWAII
                      ELECTRICIANS TRUST FUNDS